UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KlausTech LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Google LLC,<br><br>　　　　　Defendant. | CASE NO. 4:20-cv-04459-JSW<br><br>[~~PROPOSED~~] **ORDER GRANTING AGREED PROTECTIVE ORDER**<br><br>Judge:　The Hon. Jeffrey S. White |

Having considered KlausTech LLC's and Google LLC's Agreed Protective Order, and for good cause shown,

IT IS HEREBY ORDERED that the Agreed Protective Order is GRANTED.

Date: June 25, 2021
_____
　　　　　　　　　　　　　　　　　　　　　　　　_____
Hon. Jeffrey S. White
United States District Judge